## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                              **CASE NO.: 1:05-CR-016-SPM**

**SEAN DANIELS and**
**JOSHMAEL LAWSON,**

      **Defendant.**

_____/

## ORDER UNSEALING INDICTMENT

**THIS CAUSE** comes before the Court upon the "Motion to Unseal Indictment" (doc. 19) filed April 28, 2005, in which the Government advises that Defendants' arrest on April 27, 2005 obviates the need for the indictment to remain sealed.

Finding good cause for the request, it is

**ORDERED AND ADJUDGED** as follows:

1.      The Motion to Unseal Indictment (doc. 19) is *granted*.

2.      The clerk shall unseal the indictment.

      **DONE AND ORDERED** this <u>fourth</u> day of May, 2005.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge

/pao

1:05-cr-016-SPM