**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                             **CASE NO.: 1:05-CR-016-SPM**

**JOSHMAEL LAWSON,**

      **Defendant.**

_____/

### ACCEPTANCE OF GUILTY PLEA

      **PURSUANT TO** the Report and Recommendation (doc. 60) of the United States

Magistrate Judge, to which there have been no timely objections, and subject to the

Court's consideration of any plea agreement pursuant to Federal Rule of Criminal

Procedure 11(e)(2), the plea of guilty of the defendant, **JOSHMAEL LAWSON,** to Count

One of the indictment is hereby ACCEPTED.  All parties shall appear before this Court

for sentencing as directed.

      **DONE AND ORDERED** this <u>eleventh</u> day of October, 2005.


                 _s/ Stephan P. Mickle_____
                 Stephan P. Mickle
                 United States District Judge

/pao

4:03cr67-SPM